AO 120 (Rev. 3/04)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _Delaware_ on the following  X  Patents or ☐ Trademarks:

| DOCKET NO.<br>07cv167 | DATE FILED<br>3/23/07 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br><br>Samsung Telecommunications America LLP<br>and Samsung Electronics Co., LTD | | DEFENDANT<br><br>Interdigital Communications Corporation, Interdigital Technology Corporation and Tantivy Communications, Inc. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,093,840 | 3/3/92 | SCS Mobilecom, Inc. |
| 2 | 5,799,010 | 8/25/98 | Interdigital Technology Corporation |
| 3 | 6,075,792 | 6/13/00 | Interdigital Technology Corporation |
| 4 | 6,151,332 | 11/21/00 | Tantivy Communications, Inc. |
| 5 | 6,181,949 B1 | 1/30/01 | Interdigital Technology Corporation |
|   | 6,215,778 B1 | 4/10/01 | Interdigital Technology Corporation |
|   | 6,289,004 B1 | 9/11/01 | Interdigital Technology Corporation |
|   | 6,545,990 B1 | 4/8/03 | Tantivy Communications, Inc. |
|   | 6,614,776 B1 | 9/2/03 | Tantivy Communications, Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|   |

AO 120 (Rev. 3/04)

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| PETER T. DALLEO, CLERK OF COURT | | 3/23/07 |

**Copy 1—Upon initiation of action, mail this copy to Director**  **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**  **Copy 4—Case file copy**

Case 1:07-cv-00167-JJF    Document 3    Filed 03/23/2007    Page 2 of 2

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| PETER T. DALLEO, CLERK OF COURT | | 3/23/07 |