# Morris James LLP

Richard K. Herrmann
302.888.6816
rherrmann@morrisjames.com

March 28, 2007

**VIA ELECTRONIC FILING
AND HAND DELIVERY**
Dr. Peter T. Dalleo, Clerk of the Court
USDC for the District of Delaware
844 King Street
Wilmington, DE 19801

Re:  *InterDigital Communications Corp., et al. v. Samsung Electronics Co., Ltd. et al.,* D. Del., C.A. No. 07-165
*Samsung Telecommunications America LLP, et al. v. InterDigital Communications Corporation*, C. A. No. 07-167

Dr. Dalleo:

My firm, along with the firm of Finnegan, Henderson, Farabow, Garrett & Dunner, filed a new patent case on behalf of InterDigital Communications Corporation and InterDigital Technology Corporation against various Samsung entities on Friday, March 23rd, which was given Civil Action Number 07-165. Samsung Telecommunications America LLP, and Samsung Electronics Co., Ltd., shortly thereafter on the same day filed a separate patent case against InterDigital which was given Civil Action Number 07-167. While the cases do not involve the same patents and some of the parties are different, there are enough similarities between the technologies and parties that we believe the two matters should be identified as related cases.

Yours,

Richard K. Herrmann, I.D. No. 405
rherrmann@morrisjames.com

cc:   John G. Day, Esq. (via email and hand delivery)