AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

                                                                      District of        Delaware

SAMSUNG TELECOMMUNICATIONS AMERICA LLP
and SAMSUNG ELECTRONICS CO., LTD.,
                      Plaintiffs,

        V.

INTERDIGITAL COMMUNICATIONS CORPORATION,
INTERDIGITAL TECHNOLOGY CORPORATION, and
TANTIVY COMMUNICATIONS, INC.,

                  Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    0 7 - 1 6 7

TO: (Name and address of Defendant)
InterDigital Technology Corporation
c/o InterDigital Facility Company (registered agent)
3411 Silverside Road #105 Hagley Building
Wilmington, DE 19810

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven J. Balick
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within   **20**   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**

3-23-07

CLERK                                                                DATE

_[signature]_

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE June 7, 2007 |
| NAME OF SERVER *(PRINT)* John G. Day | TITLE Attorney for Plaintiffs |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served upon Richard K. Herrmann, Esquire, attorney for defendants, pursuant to agreement among counsel.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 7, 2007    _[signature]_
                Date              *Signature of Server*

Ashby & Geddes, 500 Delaware Avenue
*Address of Server*
Wilmington, DE 19801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.