## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., <br><br> Plaintiffs, <br> v. <br><br> INTERDIGITAL COMMUNICATIONS CORPORATION, <br> INTERDIGITAL TECHNOLOGY CORPORATION, and <br> TANTIVY COMMUNICATIONS, INC., <br><br> Defendants. | Civil Action No. 07-167 (JJF) |

## **STIPULATED ORDER**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which defendants InterDigital Communications Corporation, InterDigital Technology Corporation, and Tantivy Communications, Inc. shall answer, move, or otherwise respond to the amended complaint in the above action is extended through and including November 5, 2007.

Dated: October 3, 2007

| | |
|---|---|
| /s/ Steven J. Balick | /s/ Richard K. Herrmann |
| Steven J. Balick (I.D. #2114) | Richard K. Herrmann (I.D. #405) |
| John G. Day (I.D. #2403) | Mary B. Matterer (I.D. # 2696) |
| ASHBY & GEDDES | MORRIS JAMES LLP |
| 500 Delaware Ave., Suite 800 | 500 Delaware Avenue, Suite 1500 |
| Wilmington, DE 19801 | Wilmington, DE 19801-1494 |
| (302) 654-1888 | (302) 888-6800 |
| sbalick@ashby-geddes.com | rherrmann@morrisjames.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| *Samsung Electronics Co., Ltd.* | *InterDigital Communications Corporation,* |
| | *InterDigital Technology Corporation,* |
| | *and Tantivy Communications, Inc.* |

2

**SO ORDERED** this _____ day of October, 2007.

_____
The Honorable Joseph J. Farnan, Jr.