IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD.,<br><br>        Plaintiffs,<br>    v.<br><br>INTERDIGITAL COMMUNICATIONS CORPORATION, INTERDIGITAL TECHNOLOGY CORPORATION and TANTIVY COMMUNICATIONS, INC.,<br><br>        Defendants. | C.A. No. 07-167 (JJF) |

## STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which defendants InterDigital Communications Corporation (now InterDigital Communications, LLC), InterDigital Technology Corporation and Tantivy Communications, Inc. (collectively, "InterDigital") shall answer, move, or otherwise respond to the amended complaint in the above action is extended through and including November 19, 2007, and the deadline for Samsung Electronics Co., Ltd to answer and/or move to dismiss any counterclaims that InterDigital files with its answer is extended through and including January 18, 2008.

Dated: November 5, 2007

|  |  |
|---|---|
|   */s/ Steven J. Balick*   |   */s/ Richard K. Herrmann*   |
| Steven J. Balick (I.D. #2114) | Richard K. Herrmann (I.D. #405) |
| John G. Day (I.D. #2403) | Mary B. Matterer (I.D. # 2696) |
| ASHBY & GEDDES | MORRIS JAMES LLP |
| 500 Delaware Ave., Suite 800 | 500 Delaware Avenue, Suite 1500 |
| Wilmington, DE  19801 | Wilmington, DE 19801-1494 |
| (302) 654-1888 | (302) 888-6800 |
| sbalick@ashby-geddes.com | rherrmann@morrisjames.com |

*Attorneys for Plaintiff*  
*Samsung Electronics Co., Ltd.*

*Attorneys for Defendants*  
*InterDigital Communications Corporation (now InterDigital Communications, LLC),*  
*InterDigital Technology Corporation,*  
*and Tantivy Communications, Inc.*

**SO ORDERED** this _____ day of November, 2007.

_____  
The Honorable Joseph J. Farnan, Jr.

2