**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., <br><br> Plaintiff, <br> v. <br><br> INTERDIGITAL COMMUNICATIONS CORPORATION, <br> INTERDIGITAL TECHNOLOGY CORPORATION and TANTIVY COMMUNICATIONS, INC., <br><br> Defendants. | Civil Action No. 07-167 (JJF) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of Ron E. Shulman, Michael B. Levin, Gregory J. Wallace and Lisa Kim Anh Nguyen of the law firm of Wilson Sonsini Goodrich & Rosati to represent Defendants InterDigital Communications Corporation (now InterDigital Communications, LLC), InterDigital Technology Corporation and Tantivy Communications, Inc. in this matter.

Dated: November 12, 2007

                                                 */s/ Richard K. Herrmann*
                                                 Richard K. Herrmann (I.D. #405)
                                                 MORRIS JAMES LLP
                                                 500 Delaware Avenue, Suite 1500
                                                 Wilmington, DE 19801-1494
                                                 (302) 888-6800
                                                 rherrmann@morrisjames.com

                                                 *Attorneys for Defendants*
                                                 *InterDigital Communications, LLC,*
                                                 *InterDigital Technology Corporation*
                                                 *and Tantivy Communications, Inc.*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admissions pro hac vice is granted.

Date: _____          _____
                                                                United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been previously paid to the Clerk of the Court.

Date: November 9, 2007        Signed: _____
                              Ron E. Shulman, Esq.
                              Wilson Sonsini Goodrich & Rosati
                              650 Page Mill Road
                              Palo Alto, CA 94304
                              (650) 493-9300

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been previously paid to the Clerk of the Court.

Date: November 9, 2007      Signed: /s/ Michael B. Levin
Michael B. Levin, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been previously paid to the Clerk of the Court.

Date: November 9th, 2007

Signed: /s/ Gregory Wallace
Gregory J. Wallace, Esq.
Wilson Sonsini Goodrich & Rosati
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105
(415) 947-2000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been previously paid to the Clerk of the Court.

Date: November 9, 2007

Signed: _____
Lisa Kim Anh Nguyen, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300