**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SAMSUNG ELECTRONICS CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 1:07-cv-00167-JJF |
| | ) | |
| vs. | ) | |
| | ) | |
| INTERDIGITAL COMMUNICATIONS, LLC, INTERDIGITAL TECHNOLOGY CORPORATION, and TANTIVY COMMUNICATIONS, INC., | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' PARTIAL MOTION TO DISMISS PURSUANT TO
<u>FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)</u>**

OF COUNSEL:

Ron E. Shulman
Michael B. Levin
WILSON SONSINI GOODRICH &
ROSATI LLP
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Telecopier: (650) 493-6811
rshulman@wsgr.com
mlevin@wsgr.com

Patrick J. Coyne
Christopher P. Isaac
FINNEGAN HENDERSON
FARABOW GARRETT
& DUNNER LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone: (202) 408.4000
Telecopier: (202) 408.4400

Richard K. Herrmann #405
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
Telephone: (302) 888-6800
Telecopier: (302) 571-1750
rherrmann@morrisjames.com

*Attorneys for Defendants InterDigital
Communications, LLC,
InterDigital Technology Corporation,
and Tantivy Communications, Inc.*

Dated: November 19, 2007

Defendants InterDigital Communications, LLC, InterDigital Technology Corporation, and Tantivy Communications, Inc. (collectively, "InterDigital") – contemporaneously with filing both its answer and counterclaims for Samsung's infringement of InterDigital's patents – file this Partial Motion to Dismiss Count Twelve of Plaintiff Samsung Electronics Co., Ltd.'s ("Samsung") First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). In support thereof, InterDigital respectfully shows this Court as follows:

1. On September 14, 2007, Samsung filed its First Amended Complaint in this case, alleging *inter alia* that InterDigital engaged in conduct in violation of California Business and Professions Code § 17200 *et seq*. (Count Twelve).

2. InterDigital – contemporaneously with filing both its answer and counterclaims for Samsung's infringement of InterDigital's patents – now files this partial motion to dismiss Count Twelve of Samsung's First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). The grounds for InterDigital's partial motion to dismiss are set forth in the Opening Brief in Support of Defendant's Partial Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6).

3. InterDigital further requests that this Court award InterDigital its reasonable attorney's fees and costs in this litigation and reserves the right to submit separate and additional briefing in support of its entitlement to such fees and costs.

## CONCLUSION

For the reasons stated above, Defendants InterDigital Communications, LLC, InterDigital Technology Corporation, and Tantivy Communications, Inc. (collectively, "InterDigital") respectfully request that this Court: (1) grant InterDigital's Partial Motion to Dismiss; and (2) dismiss Count Twelve of Plaintiff Samsung Electronics Co., Ltd.'s ("Samsung") claims against InterDigital.

If this Court grants such relief in full or in part, InterDigital further requests that this Court – pursuant to 28 U.S.C. § 1919, Federal Rule of Civil Procedure 54(d), District

- 2 -

of Delaware Local Rule 54.1(a)(1), and any other applicable law – award InterDigital its reasonable attorney's fees and costs in this litigation.  InterDigital expressly reserves the right to submit separate and additional briefing in support of its entitlement to such attorney's fees and costs.

        InterDigital further requests all other relief to which it may be entitled.

OF COUNSEL:

Ron E. Shulman  
Michael B. Levin  
WILSON SONSINI GOODRICH AND ROSATI LLP  
650 Page Mill Road  
Palo Alto, CA 94304  
Telephone:  (650) 493-9300  
Telecopier:  (650) 493-6811  
rshulman@wsgr.com  
mlevin@wsgr.com  

Patrick J. Coyne  
Christopher P. Isaac  
FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP  
901 New York Avenue, NW  
Washington, DC 20001-4413  
Telephone:  (202) 408.4000  
Telecopier:  (202) 408.4400  

Dated: November 19, 2007

By:   /s/ Richard K. Herrmann  
Richard K. Herrmann#405  
MORRIS JAMES LLP  
500 Delaware Avenue, Suite 1500  
Wilmington, DE 19801-1494  
Telephone:  (302) 888-6800  
Telecopier:  (302) 571-1750  
rherrmann@morrisjames.com  

*Attorneys for Defendants InterDigital Communications, LLC, InterDigital Technology Corporation, and Tantivy Communications, Inc.*