**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

SAMSUNG ELECTRONICS CO., LTD.,   )
                                 )
           Plaintiff,            )      C.A. No. 07-167 (JJF)
                                 )
    vs.                          )
                                 )
INTERDIGITAL COMMUNICATIONS      )
CORPORATION, INTERDIGITAL        )
TECHNOLOGY CORPORATION, and      )
TANTIVY COMMUNICATIONS, INC.,    )
                                 )
           Defendants.           )
                                 )

## STIPULATED ORDER

**WHEREAS**, InterDigital Communications Corporation executed a Plan of Reorganization and an Agreement and Plan of Merger on July 2, 2007, which along with other corporate actions resulted in InterDigital Communications Corporation being converted from a Pennsylvania corporation into a Pennsylvania limited liability company under the name InterDigital Communications, LLC;

**WHEREAS**, Defendants submit that good cause exists to substitute InterDigital Communications, LLC for InterDigital Communications Corporation as co-defendant in this action pursuant to Federal Rule of Civil Procedure 25(c); and

**WHEREAS**, Plaintiff currently has no objection to such substitution based on the information from and representations by Defendants and their counsel received to date, provided that any order granting such substitution contains language preserving any rights that Plaintiff may have with respect to all InterDigital entities irrespective of whether any particular entity is still formally named as a defendant. Additionally, Plaintiff reserves the right to object to such substitution at a later time in light of, for example, information that Plaintiff learns through discovery in this matter or other matters. For the avoidance of doubt,

by entering into this stipulation, Plaintiff is not agreeing that grounds for this substitution exist in any other action between the parties.

**NOW THEREFORE**, the parties hereby stipulate and respectfully request that the Court enter an order as follows:

(1)    InterDigital Communications, LLC is hereby substituted for InterDigital Communications Corporation as co-defendant in the above-captioned action.

(2)    The First Amended Complaint is modified by replacing InterDigital Communications Corporation throughout the pleading with InterDigital Communications, LLC, and that pleadings filed in this case hereafter shall bear the following caption to reflect such substitution:

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMSUNG ELECTRONICS CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 07-167 (JJF) |
| | ) | |
| vs. | ) | |
| | ) | |
| INTERDIGITAL COMMUNICATIONS, | ) | |
| LLC, INTERDIGITAL TECHNOLOGY | ) | |
| CORPORATION, and | ) | |
| TANTIVY COMMUNICATIONS, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

(3)    Plaintiff retains any rights that it may have with respect to all InterDigital entities irrespective of whether any particular entity is still formally named as

2

a defendant, and further reserves the right to object to such substitution at a later time in light of, for example, information that Plaintiff learns through discovery in this matter or other matters.

Dated: November 15, 2007

_/s/ John G. Day_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
ASHBY & GEDDES
500 Delaware Ave., Suite 800
Wilmington, DE 19801
Telephone: (302) 654-1888
sbalick@ashby-geddes.com

*Attorneys for Plaintiff*
*Samsung Electronics Co., Ltd.*

_/s/ Richard K. Herrmann_____
Richard K. Herrmann (I.D. #405)
Mary B. Matterer (I.D. # 2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
rherrmann@morrisjames.com

*Attorneys for Defendants*
*InterDigital Communications, LLC,*
*InterDigital Technology Corporation, and*
*Tantivy Communications, Inc.*

**SO ORDERED** this  _19_  day of November, 2007.

The Honorable Joseph J. Farnan, Jr.

3