IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., <br><br>    Plaintiff, <br>    v. <br><br> INTERDIGITAL COMMUNICATIONS, LLC, INTERDIGITAL TECHNOLOGY CORPORATION and TANTIVY COMMUNICATIONS, INC., <br><br>    Defendants. | Civil Action No. 07-167 (JJF) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of Mark D. Flanagan, Nathan L. Walker, Elizabeth I. Rogers, Gil Ohana and Leeor Neta of the law firm of Wilmer Hale LLP to represent Defendants InterDigital Communications, LLC, InterDigital Technology Corporation and Tantivy Communications, Inc. in this matter.

Dated: November 21, 2007

        */s/ Richard K. Herrmann*
Richard K. Herrmann (I.D. #405)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
rherrmann@morrisjames.com

*Attorneys for Defendants*
*InterDigital Communications, LLC,*
*InterDigital Technology Corporation*
*and Tantivy Communications, Inc.*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admissions pro hac vice is granted.

Date: _____                    _____
                                                                               United States District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> INTERDIGITAL COMMUNICATIONS CORPORATION, INTERDIGITAL TECHNOLOGY CORPORATION, and TANTIVY COMMUNICATIONS, INC., <br><br> Defendants. | Civil Action No. 07-167 (JJF) |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been previously paid to the Clerk of the Court.

Date: November 12, 2007

Signed: _____
Mark D. Flanagan, Esq.
Wilmer Hale LLP
1117 California Avenue
Palo Alto, CA 94304
(650) 858-6000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>INTERDIGITAL COMMUNICATIONS CORPORATION, INTERDIGITAL TECHNOLOGY CORPORATION, and TANTIVY COMMUNICATIONS, INC.,<br><br>Defendants. | Civil Action No. 07-167 (JJF) |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the state of California and am admitted, inactive, and in good standing as a member of the Bar of the state of Texas. Pursuant to Local Rule 83.6, I certify that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been previously paid to the Clerk of the Court.

Date: November 21, 2007        Signed: _____
                                      Nathan L. Walker, Esq.
                                      Wilmer Hale LLP
                                      1117 California Avenue
                                      Palo Alto, CA 94304
                                      (650) 858-6000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>INTERDIGITAL COMMUNICATIONS CORPORATION, INTERDIGITAL TECHNOLOGY CORPORATION, and TANTIVY COMMUNICATIONS, INC.,<br><br>Defendants. | Civil Action No. 07-167 (JJF) |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of California and the Commonwealth of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been previously paid to the Clerk of the Court.

Date: November 14, 2007

Signed: /s/ Elizabeth I. Rogers
Elizabeth I. Rogers, Esq.
Wilmer Hale LLP
1117 California Avenue
Palo Alto, CA 94304
(650) 858-6000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>INTERDIGITAL COMMUNICATIONS CORPORATION, INTERDIGITAL TECHNOLOGY CORPORATION, and TANTIVY COMMUNICATIONS, INC.,<br><br>Defendants. | Civil Action No. 07-167 (JJF) |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted and in good standing as a member of the Bars of the States of California and Illinois and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: November 13, 2007

Signed: /s/ Gil Ohana
Gil Ohana, Esq.
Wilmer Hale LLP
1117 California Avenue
Palo Alto, CA 94304
(650) 858-6000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> INTERDIGITAL COMMUNICATIONS CORPORATION, INTERDIGITAL TECHNOLOGY CORPORATION, and TANTIVY COMMUNICATIONS, INC., <br><br> Defendants. | Civil Action No. 07-167 (JJF) |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: November 13, 2007

Signed: _____
Leeor Neta, Esq.
Wilmer Hale LLP
1117 California Avenue
Palo Alto, CA 94304
(650) 858-6000