**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., <br><br>            Plaintiff, <br><br> v. <br><br> INTERDIGITAL COMMUNICATIONS, LLC, INTERDIGITAL TECHNOLOGY CORPORATION and TANTIVY COMMUNICATIONS, INC., <br><br>            Defendants. | Civil Action No. 07-167 (JJF) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of Patrick J. Coyne, Christopher P. Isaac, Houtan K. Esfahani, Lionel M. Lavenue, Rajeev Gupta and Qingyu Yin of the law firm of Finnegan Henderson Farabow Garrett & Dunner LLP to represent Defendants InterDigital Communications, LLC, InterDigital Technology Corporation and Tantivy Communications, Inc. in this matter.

Dated: November 27, 2007

                                                 */s/ Richard K. Herrmann*
                                                 Richard K. Herrmann (I.D. #405)
                                                 MORRIS JAMES LLP
                                                 500 Delaware Avenue, Suite 1500
                                                 Wilmington, DE 19801-1494
                                                 (302) 888-6800
                                                 rherrmann@morrisjames.com

*Attorneys for Defendants*
*InterDigital Communications, LLC,*
*InterDigital Technology Corporation*
*and Tantivy Communications, Inc.*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admissions pro hac vice is granted.

Date: _____         _____
                                                             United States District Court Judge

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been previously paid to the Clerk of the Court.

Date: November 19, 2007             Signed: *Patrick J. Coyne*
                                    Patrick J. Coyne
                                    Finnegan Henderson Farabow Garrett
                                        & Dunner LLP
                                    901 New York Avenue
                                    Washington, DC 2001-4413
                                    Tel: 202-408-4000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Virginia and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been previously paid to the Clerk of the Court.

Date:  November 19, 2007

Signed:  _____
Christopher P. Isaac, Esq.
Finnegan Henderson Farabow Garrett
& Dunner
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190-5675
(571) 203-2700

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bars of the State of New York and the District of Columbia, and that pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been previously paid to the Clerk of the Court.

Date:   November 19, 2007             Signed: _____
                                      Houtan K. Esfahani
                                      Finnegan Henderson Farabow Garrett
                                         & Dunner LLP
                                      901 New York Avenue
                                      Washington, DC 2001-4413
                                      Tel: 202-408-4000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Virginia and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been previously paid to the Clerk of the Court.

Date: November 19, 2007

Signed: _____
Lionel M. Lavenue
Finnegan Henderson Farabow Garrett
& Dunner
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
(571) 203-2700

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Virginia and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been previously paid to the Clerk of the Court.

Date: November 19, 2007          Signed: _____
                                 Rajeev Gupta
                                 Finnegan Henderson Farabow Garrett
                                     & Dunner LLP
                                 901 New York Avenue
                                 Washington, DC 2001-4413
                                 Tel: 202-408-4000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Virginia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been previously paid to the Clerk of the Court.

Date:   November 20, 2007            Signed:   _____
                                                                                 Qingyu Yin
Finnegan Henderson Farabow Garrett
&amp; Dunner LLP
901 New York Avenue
Washington, DC 2001-4413
Tel: 202-408-4000