**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD.,<br><br>   Plaintiff,<br><br> vs.<br><br>INTERDIGITAL COMMUNICATIONS, LLC, INTERDIGITAL TECHNOLOGY CORPORATION and TANTIVY COMMUNICATIONS, INC.,<br><br>   Defendants.<br><br>INTERDIGITAL COMMUNICATIONS, LLC and INTERDIGITAL TECHNOLOGY CORPORATION,<br><br>   Counterclaim and<br>   Third Party Plaintiffs,<br><br> vs.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br><br>   Counterclaim Defendant,<br><br> and<br><br>SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,<br><br>   Third Party Defendants. | C.A. No. 1:07-cv-00167-JJF<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION TO EXTEND**

  WHEREAS, Defendants, Counterclaim Plaintiffs and Third Party Plaintiffs (collectively "InterDigital") have filed an Amended Answer to First Amended Complaint, Amended Counterclaims and Third Party Complaint, and

WHEREAS, Plaintiff and Counterclaim Defendant and Third Party Defendants (collectively "Samsung") have no objection to the filing of InterDigital's Amended Answer to First Amended Complaint, Amended Counterclaims and Third Party Complaint and counsel for Samsung have agreed to accept service of the Third Party Complaint on behalf of the Third Party Defendants,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline for Samsung to answer and/or otherwise plead in response to the Amended Answer to First Amended Complaint, Amended Counterclaims and Third Party Complaint as well as the Partial Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) filed by InterDigital is extended through and including January 18, 2008.

Dated: December 5, 2007

| | |
|---|---|
| *John G. Day* | *Richard K. Herrmann* |
| Steven J. Balick (I.D. #2114) | Richard K. Herrmann (I.D. #405) |
| John G. Day (I.D. #2403) | Mary B. Matterer (I.D. # 2696) |
| Lauren E. Maguire (I.D. #4261) | MORRIS JAMES LLP |
| ASHBY & GEDDES | 500 Delaware Avenue, Suite 1500 |
| 500 Delaware Ave., 8th Floor | Wilmington, DE 19801-1494 |
| Wilmington, DE 19801 | (302) 888-6800 |
| (302) 654-1888 | rherrmann@morrisjames.com |
| sbalick@ashby-geddes.com | mmatterer@morrisjames.com |
| jday@ashby-geddes.com | |
| lmaguire@ashby-geddes.com | *Attorneys for InterDigital Communications, LLC, InterDigital Technology Corporation and Tantivy Communications, Inc.* |
| *Attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC* | |

**SO ORDERED** this _____ day of December, 2007.

_____
The Honorable Joseph J. Farnan, Jr.