# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

April 3, 2008

The Honorable Joseph J. Farnan, Jr.　　　　　　　　　　　　VIA ELECTRONIC FILING
United States District Court
844 King Street
Wilmington, DE 19801

　　　Re:　*Samsung Electronics Co., Ltd. v. InterDigital Communications Corporation, et al.*, C.A. No. 07-167-JJF

Dear Judge Farnan:

　　　I am local counsel for plaintiff Samsung Electronics Co., Ltd. ("Samsung") in the above referenced action. I write to respectfully request that the Court schedule a Rule 16 Conference in this action at Your Honor's earliest convenience.

　　　The original complaint (D.I. 1) in this matter was filed on March 23, 2007. That same day, defendant InterDigital Communications Corporation ("InterDigital") filed a related complaint seeking to institute an investigation by the United States International Trade Commission ("ITC") styled *In the Matter of Certain 3G Wideband Code Division Multiple Access (WCDMA) Handsets and Components Thereof, ITC Investigation No. 337-TA-601* (the "ITC Investigation"), and also filed a parallel patent infringement action in this Court styled *InterDigital Communications Corporation v. Samsung Telecommunications America LLP, et al.*, 07-165-JJF.

　　　On June 12, 2007, pursuant to the automatic stay provisions of 28 U.S.C. § 1659, Samsung and InterDigital agreed to stay C.A. No. 07-165-JJF until a final determination is reached in the ITC Investigation. The parties to the instant action also stipulated to, and the Court so ordered, a stay of this case until September 14, 2007, in the hope that the ITC Investigation (and an arbitration enforcement proceeding in which they were involved) could facilitate a resolution of their disputes (D.I. 8).

　　　Unfortunately, the parties have been unable to resolve their disputes, and the stay in this action expired on September 14, 2007. Samsung has since filed its First Amended Complaint (D.I. 9), and the defendants have filed their answer and counterclaims (D.I. 14) and a motion to dismiss a single count of the First Amended Complaint that alleges a violation of the California Business & Professional Code (D.I. 15), which has been fully briefed. Samsung replied to the defendants' counterclaims on January 18, 2008 (D.I. 23).

{00205411;v1}

The Honorable Joseph J. Farnan, Jr.
April 3, 2008
Page 2

      Since the pleadings have now closed, Samsung respectfully requests that the Court reschedule a Rule 16 Conference at Your Honor's earliest convenience so that the parties can begin to move this matter forward.

                                               Respectfully,

                                               */s/ John G. Day*

                                               John G. Day

JGD/nml

c:     Richard K. Herrmann, Esquire (by hand and via electronic mail)
       David J. Healey, Esquire (via electronic mail)
       David C. Radulescu, Esquire (via electronic mail)
       Cabrach Connor, Esquire (via electronic mail)
       Mark D. Flanagan (via electronic mail)
       Ron E. Shulman (via electronic mail)
       Patrick J. Coyne (via electronic mail)

{00205411;v1}