## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SAMSUNG ELECTRONICS CO., LTD.,

       Plaintiff,

v.

INTERDIGITAL COMMUNICATIONS, LLC,
INTERDIGITAL TECHNOLOGY CORPORATION and
TANTIVY COMMUNICATIONS, INC.,

       Defendants.

Civil Action No. 07-167 (JJF)

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the

admissions *pro hac vice* of John M. Romary and Kenie Ho of the law firm of Finnegan

Henderson Farabow Garrett & Dunner LLP to represent Defendants InterDigital

Communications, LLC, InterDigital Technology Corporation and Tantivy Communications, Inc.

in this matter.

Dated:  May 29, 2008

      */s/ Richard K. Herrmann*
      Richard K. Herrmann (I.D. #405)
      MORRIS JAMES LLP
      500 Delaware Avenue, Suite 1500
      Wilmington, DE 19801-1494
      (302) 888-6800
      rherrmann@morrisjames.com

      *Attorneys for Defendants*
      *InterDigital Communications, LLC,*
      *InterDigital Technology Corporation*
      *and Tantivy Communications, Inc.*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admissions pro hac vice is granted.

Date:  _____        _____
                                      United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: May 23, 2008              Signed: _____

John M. Romary, Esq.
Finnegan Henderson Farabow Garrett
& Dunner
901 New York Ave, NW
Washington, DC 20001-4413
(202) 408-4000

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.  In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date:   May 21, 2008                    Signed: _____

                                        Kanie Ho
                                        Finnegan Henderson Farabow
                                          Garrett & Dunner, LLP
                                        901 New York Ave, NW
                                        Washington, DC  20001-4413
                                        (202) 408-4000